

IN THE
TENTH COURT OF APPEALS

_____

No. 10-15-00145-CR

IN RE ROBERT ALLEN BYRD

_____

Original Proceeding

O P I N I O N

Relator's petition for writ of mandamus is denied.

AL SCOGGINS
Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
(Chief Justice Gray concurring)
Petition denied
Opinion delivered and filed May 28, 2015
Publish
[OT06]

